UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:　　　　　　　　　　　　　　　　　　　　　Case No.:　　20-16406

SHAH, Rehan A.　　　　　　　　　　　　　　　　Chapter:　　7

　　　　　　　　　　　　　　　　　　　　　　　　Judge:　　KCF

**NOTICE OF PROPOSED ABANDONMENT**

_____John Michael McDonnell_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
United States Bankruptcy Court Clerk
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable _____Kathryn C. Ferguson_____ on _____July 28, 2020_____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:　56 Thornal Street
　　　　　　　　　　　　　　　　　　Carteret, New Jersey

　　　　　　　　　　　　　　　　　　FMV=$161,000

Liens on property:　　　　　Lien Amount=$124,000

　　　　　　　　　　　　　　Minus 10% Cost of Sale

Amount of equity claimed as exempt: $25,150

Objections must be served on, and requests for additional information directed to:

Name:　　John Michael McDonnell, Trustee

Address:　115 Maple Avenue, Red Bank, New Jersey 07701

Telephone No.: 732.383.7233

*rev.8/1/15*

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                         Case No. 20-16406-KCF
   Rehan A. Shah                                               Chapter 7
              Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2               Date Rcvd: Jun 23, 2020
                              Form ID: pdf905          Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 25, 2020.
db             Rehan A. Shah,    56 Thornal St,    Carteret, NJ 07008-2808
cr            +OSK VIII, LLC,    c/o Bronster LLP,    156 W. 56th Street, Suite 902,    New York, NY 10019-4008
518830546      Amex,   PO Box 981537,    El Paso, TX 79998-1537
518830547      Amex/Dsnb,   PO Box 8218,    Mason, OH 45040-8218
518830549     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,    PO Box 982238,    El Paso, TX 79998-2238)
518830550     +Bank of America, N.A.,    PO Box 45144,    Jacksonville, FL 32232-5144
518830551      Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
518830554      Cbna,   PO Box 6497,    Sioux Falls, SD 57117-6497
518830553      Cbna,   PO Box 6217,    Sioux Falls, SD 57117-6217
518830555      Citicards Cbna,    PO Box 6217,    Sioux Falls, SD 57117-6217
518830560     +Fnb Omaha,   PO Box 3412,    Omaha, NE 68103-0412
518830563      Macys/dsnb,    PO Box 8218,    Mason, OH 45040-8218

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 23 2020 23:40:46      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 23 2020 23:40:43      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
518830548      E-mail/Text: smacknowski@msscuso.com Jun 23 2020 23:41:03      Aspire Fcu,   67 Walnut Ave,
               Clark, NJ 07066-1640
518830552      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 23 2020 23:47:40
               Capital One Bank USA N,    PO Box 30281,    Salt Lake City, UT 84130-0281
518830557      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 23 2020 23:40:22      Comenitycb/Toyota Visa,
               PO Box 182120,    Columbus, OH 43218-2120
518830556      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 23 2020 23:40:22      Comenitycb/bjsclub,
               PO Box 182120,    Columbus, OH 43218-2120
518830558      E-mail/PDF: creditonebknotifications@resurgent.com Jun 23 2020 23:48:16       Credit One Bank NA,
               PO Box 98872,    Las Vegas, NV 89193-8872
518830559      E-mail/Text: mrdiscen@discover.com Jun 23 2020 23:39:59      Discover Fin Svcs LLC,
               PO Box 15316,    Wilmington, DE 19850-5316
518830562      E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 23 2020 23:47:12       Jpmcb Card,
               PO Box 15369,    Wilmington, DE 19850-5369
518830564      E-mail/Text: bankruptcyteam@quickenloans.com Jun 23 2020 23:40:58      Quicken Loans,
               1050 Woodward Ave,    Detroit, MI 48226-1906
518830565      E-mail/PDF: gecsedi@recoverycorp.com Jun 23 2020 23:47:59      Syncb/Car Care Pep Boy,   C/o,
               PO Box 965036,    Orlando, FL 32896-5036
518830569      E-mail/PDF: gecsedi@recoverycorp.com Jun 23 2020 23:47:59      Syncb/Pc Richard,   C/o,
               PO Box 965036,    Orlando, FL 32896-5036
518830566      E-mail/PDF: gecsedi@recoverycorp.com Jun 23 2020 23:47:59      Syncb/lowes,   PO Box 956005,
               Orlando, FL 32801
518830567      E-mail/PDF: gecsedi@recoverycorp.com Jun 23 2020 23:48:00      Syncb/netwrk,   C/o,
               PO Box 965036,    Orlando, FL 32896-5036
518830568      E-mail/PDF: gecsedi@recoverycorp.com Jun 23 2020 23:47:59      Syncb/oldnavydc,   PO Box 965005,
               Orlando, FL 32896-5005
518830570      E-mail/PDF: gecsedi@recoverycorp.com Jun 23 2020 23:47:59      Syncb/tjx Cos,   PO Box 965015,
               Orlando, FL 32896-5015
518831164     +E-mail/PDF: gecsedi@recoverycorp.com Jun 23 2020 23:47:59      Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518830561      E-mail/Text: aweinstein@herefordinsurance.com Jun 23 2020 23:41:08       hereford ins co,
               3601 43rd Ave Fl 2,    Long Island City, NY 11101-1736
                                                                                              TOTAL: 18

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin              Page 2 of 2               Date Rcvd: Jun 23, 2020
                              Form ID: pdf905          Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 23, 2020 at the address(es) listed below:
          Andrew    Jacobson     on behalf of Creditor    OSK VIII, LLC ajacobson@bronsterllp.com
          Denise E. Carlon      on behalf of Creditor    Quicken Loans, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Edward Nathan Vaisman     on behalf of Debtor Rehan A. Shah vaismanlaw@gmail.com,
           G20495@notify.cincompass.com
          John Michael McDonnell    on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com,
           NJ95@ecfcbis.com,bcrowley@mchfirm.com
          John Michael McDonnell    jmcdonnell@mchfirm.com, NJ95@ecfcbis.com,bcrowley@mchfirm.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                       TOTAL: 6
```