UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

BRONSTER, LLP
156 West 56th Street, Suite 902
New York, NY 10019
(212) 558-9300
Andrew L. Jacobson, Esq.
Attorneys for OSK VIII, LLC

Order Filed on June 30, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

REHAN A. SHAH,

　　　　　　　　　Debtor.

| | |
|---|---|
| Case No.: | 20-16406-KCF |
| Hearing Date: | June 30, 2020 |
| Judge: | Kathryn C. Ferguson |
| Chapter: | 7 |

Recommended Local Form    ☒ Followed    ☐ Modified

**ORDER VACATING STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 30, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the motion of  Bronster LLP, as attorneys for OSK VIII, LLC , under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐ Real property more fully described as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.   Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☒ Personal property more fully described as:   New York City taxi medallion number 3T64

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 11/14/18*

United States Bankruptcy Court
District of New Jersey

In re:  
Rehan A. Shah  
      Debtor

Case No. 20-16406-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jun 30, 2020  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2020.
db          Rehan A. Shah,    56 Thornal St,    Carteret, NJ   07008-2808

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2020                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2020 at the address(es) listed below:
        Andrew   Jacobson    on behalf of Creditor   OSK VIII, LLC ajacobson@bronsterllp.com
        Denise E. Carlon    on behalf of Creditor   Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Edward Nathan Vaisman    on behalf of Debtor Rehan A. Shah vaismanlaw@gmail.com, G20495@notify.cincompass.com
        John Michael McDonnell     on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com, NJ95@ecfcbis.com,bcrowley@mchfirm.com
        John Michael McDonnell     jmcdonnell@mchfirm.com, NJ95@ecfcbis.com,bcrowley@mchfirm.com
        U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                             TOTAL: 6