**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Rehan A. Shah | Social Security number or ITIN   xxx–xx–0127 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 20–16406–KCF | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Rehan A. Shah

8/28/20                            **By the court:**  Kathryn C. Ferguson
                                                       United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                                United States Bankruptcy Court
                                      District of New Jersey

In re:                                                                   Case No. 20-16406-KCF
Rehan A. Shah                                                            Chapter 7
        Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                 Page 1 of 2                  Date Rcvd: Aug 28, 2020
                               Form ID: 318                Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2020.
db              Rehan A. Shah,    56 Thornal St,    Carteret, NJ   07008-2808
cr             +OSK VIII, LLC,    c/o Bronster LLP,    156 W. 56th Street, Suite 902,    New York, NY 10019-4008
518830547       Amex/Dsnb,   PO Box 8218,    Mason, OH   45040-8218
518830550      +Bank of America, N.A.,    PO Box 45144,    Jacksonville, FL 32232-5144
518830554       Cbna,   PO Box 6497,    Sioux Falls, SD   57117-6497
518830553       Cbna,   PO Box 6217,    Sioux Falls, SD   57117-6217
518830560      +Fnb Omaha,   PO Box 3412,    Omaha, NE   68103-0412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 29 2020 01:45:05      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 29 2020 01:45:00      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ   07102-5235
518830546       EDI: AMEREXPR.COM Aug 29 2020 04:58:00      Amex,   PO Box 981537,    El Paso, TX   79998-1537
518830548       E-mail/Text: smacknowski@msscuso.com Aug 29 2020 01:45:31      Aspire Fcu,    67 Walnut Ave,
                 Clark, NJ   07066-1640
518830549       EDI: BANKAMER.COM Aug 29 2020 04:58:00      Bank of America,   PO Box 982238,
                 El Paso, TX   79998-2238
518830551       EDI: TSYS2.COM Aug 29 2020 04:58:00      Barclays Bank Delaware,   PO Box 8803,
                 Wilmington, DE   19899-8803
518830552       EDI: CAPITALONE.COM Aug 29 2020 04:58:00      Capital One Bank USA N,    PO Box 30281,
                 Salt Lake City, UT   84130-0281
518830555       EDI: CITICORP.COM Aug 29 2020 04:58:00      Citicards Cbna,   PO Box 6217,
                 Sioux Falls, SD   57117-6217
518830557       EDI: WFNNB.COM Aug 29 2020 04:58:00      Comenitycb/Toyota Visa,   PO Box 182120,
                 Columbus, OH   43218-2120
518830556       EDI: WFNNB.COM Aug 29 2020 04:58:00      Comenitycb/bjsclub,   PO Box 182120,
                 Columbus, OH   43218-2120
518830558       E-mail/PDF: creditonebknotifications@resurgent.com Aug 29 2020 01:54:04      Credit One Bank NA,
                 PO Box 98872,   Las Vegas, NV   89193-8872
518830559       EDI: DISCOVER.COM Aug 29 2020 04:58:00      Discover Fin Svcs LLC,    PO Box 15316,
                 Wilmington, DE   19850-5316
518830562       EDI: JPMORGANCHASE Aug 29 2020 04:58:00      Jpmcb Card,   PO Box 15369,
                 Wilmington, DE   19850-5369
518830563       EDI: TSYS2.COM Aug 29 2020 04:58:00      Macys/dsnb,   PO Box 8218,    Mason, OH   45040-8218
518830564       E-mail/Text: bankruptcyteam@quickenloans.com Aug 29 2020 01:45:23      Quicken Loans,
                 1050 Woodward Ave,    Detroit, MI   48226-1906
518830565       EDI: RMSC.COM Aug 29 2020 04:58:00      Syncb/Car Care Pep Boy,   C/o,    PO Box 965036,
                 Orlando, FL   32896-5036
518830569       EDI: RMSC.COM Aug 29 2020 04:58:00      Syncb/Pc Richard,   C/o,    PO Box 965036,
                 Orlando, FL   32896-5036
518830566       EDI: RMSC.COM Aug 29 2020 04:58:00      Syncb/lowes,   PO Box 956005,    Orlando, FL   32801
518830567       EDI: RMSC.COM Aug 29 2020 04:58:00      Syncb/netwrk,   C/o,    PO Box 965036,
                 Orlando, FL   32896-5036
518830568       EDI: RMSC.COM Aug 29 2020 04:58:00      Syncb/oldnavydc,   PO Box 965005,
                 Orlando, FL   32896-5005
518830570       EDI: RMSC.COM Aug 29 2020 04:58:00      Syncb/tjx Cos,   PO Box 965015,
                 Orlando, FL   32896-5015
518831164      +EDI: RMSC.COM Aug 29 2020 04:58:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
518830561       E-mail/Text: aweinstein@herefordinsurance.com Aug 29 2020 01:45:44      hereford ins co,
                 3601 43rd Ave Fl 2,    Long Island City, NY   11101-1736
                                                                                              TOTAL: 23

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA N.A.
                                                                                 TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-3          User: admin                Page 2 of 2             Date Rcvd: Aug 28, 2020
                              Form ID: 318               Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2020                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2020 at the address(es) listed below:
              Andrew    Jacobson    on behalf of Creditor   OSK VIII, LLC ajacobson@bronsterllp.com
              Denise E. Carlon    on behalf of Creditor   Quicken Loans, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Edward Nathan Vaisman    on behalf of Debtor Rehan A. Shah vaismanlaw@gmail.com,
               G20495@notify.cincompass.com
              John Michael McDonnell    on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com,
               NJ95@ecfcbis.com,bcrowley@mchfirm.com
              John Michael McDonnell    jmcdonnell@mchfirm.com,   NJ95@ecfcbis.com,bcrowley@mchfirm.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 6
```